UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60241-CIV-DIMITROULEAS

DANIEL MONCADA,

    Plaintiff,

vs.

RETAIL SERVICES & STORAGE SYSTEMS, INC.,
d/b/a TOTAL WIN & MORE,
a foreign for-profit corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the parties' Joint Stipulation of Conditional Voluntary Dismissal with Prejudice [DE 16], and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby **ORDERED AND ADJUDGED**:

All claims that were or could have been raised in this action are hereby **DISMISSED WITH PREJUDICE** except that this Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement.

The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of April, 2018.



WILLIAM P. DIMITROULEAS
United States District Judge

1

Copies to:
Counsel of Record